# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date: 7/30/21                                  Case No: 4:20-cv-00352

Case Caption: MATOUSEK, et. al., v. MIDAMERICAN ENERGY COMPANY, et. al.

Notice is hereby given that Daniel C. Matousek, Teresa J. Cantu and Leah M. Maloney appeals to the:

[X] US Court of Appeals for the Eighth Circuit          [ ] IASD District Court Judge

from the Judgment/Order entered in this action on Order dated 7/2/21 and Judgment dated 7/6/21.

### Transcript Order Form:

Please prepare a transcript of:

[ ] Plea Hearing          [ ] Sentencing          [ ] Trial

[X] Other Hearing(s) on 6/24/21 Conference call on Defendants' Resisted Motion to Dismiss

I am not ordering a transcript because: _____

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: Mark K. Gyandoh                        Date: 7/30/21

Address: Capozzi Adler, P.C., 312 Old Lancaster Road, Merion Station, PA  19066

Phone Number: (610) 890-0200

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DANIEL C. MATOUSEK, TERESA J. CANTU, and LEAH M. MALONE, individually and on behalf of all others similarly situated, | | No. 4-20-cv-352-CRW-SHL |
| Plaintiffs, | | ORDER |
| vs. | | |
| MIDAMERICAN ENERGY COMPANY, THE BOARD OF DIRECTORS OF MIDAMERICAN ENERGY COMPANY, THE PENSION AND EMPLOYEE BENEFITS PLANS ADMINISTRATIVE COMMITTEE OF MIDAMERICAN ENERGY COMPANY, and JOHN DOES 1-30, | | |
| Defendants. | | |

Plaintiffs, former employees of defendant Midamerican Energy Co. (Midamerican), challenge the fees and/or performance of four mutual funds offered in Midamerican's ERISA plan. They assert the plan fiduciaries breached their duties of loyalty and prudence and failed to monitor their appointees to ensure the plan complied with ERISA.

On June 24, 2021, the Court held a hearing by telephone conference call on defendants' resisted motion to dismiss; the matter was deemed submitted for ruling.

The Court now grants the motion. Defendants persuasively argue that plaintiffs have failed to allege facts establishing a meaningful benchmark for assessing the performance of the challenged funds. See Meiners v. Wells Fargo & Co., 898 F.3d 820, 823 ( 8th Cir. 2018).

The United States Court of Appeals for the Eighth Circuit requires plaintiffs to identify a

comparable fund with a materially similar style, structure, and goal. See <u>Davis v. Wash. Uni. in St. Louis</u>, 960 F.3d 478, 483 (8th Cir. 2020)(not enough to allege costs too high, returns too low). Plaintiffs' putative class action complaint does not satisfy that pleading requirement.

    IT IS SO ORDERED.

    Dated this 2nd day of July, 2021.

*[signature: Charles R. Wolle]*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Daniel C. Matousek, et al.

                                                **CIVIL NUMBER:   4:20-cv-00352-CRW-SHL**

             Plaintiff(s),

v.                                               **JUDGMENT IN A CIVIL CASE**

MidAmerican Energy Company, et al.

             Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**:

Defendants Motion to Dismiss is granted.  Judgment entered in favor of defendants against plaintiffs.

Date: July 6, 2021

                                                  CLERK, U.S. DISTRICT COURT

                                                  /s/  K. Watson

                                                  By: Deputy Clerk