# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 21-2749

Daniel C. Matousek, individually and on behalf of all others similarly situated, et al.

Appellants

v.

MidAmerican Energy Company, et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:20-cv-00352-CRW)

---

**ORDER**

The parties' joint motion to hold this appeal in abeyance pending the Supreme Court of the United States' disposition of *Hughes v. Northwestern University*, No. 19-1401, is granted. The parties shall promptly notify the clerk of the entry of the decision in *Hughes*.

January 18, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans