# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2749

Daniel C. Matousek, individually and on behalf of all others similarly situated, et al.

Appellants

v.

MidAmerican Energy Company, et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:20-cv-00352-CRW)

---

**ORDER**

Based on appellees' letter of January 31, 2022, the stay of proceedings previously granted is vacated. Appellants' reply brief is due no later than February 18, 2022.

January 31, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans